AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

NICHOLAS B.,

        *Plaintiff*

v.

MARTIN O'MALLEY, Commissioner of Social Security,

        *Defendant*

)
)
)
)
)
)
)

Civil Action No. 2:24-cv-00059-EFS

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 20, 2024**

SEAN F. McAVOY, CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** The parties' Stipulated Motion to Remand, ECF No. 8, is GRANTED. Plaintiff's Opening Brief, ECF No. 6, is TERMINATED. This matter is REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a Stipulated Motion to Remand.

Date: 6/20/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lee Reams

        *(By) Deputy Clerk*

Lee Reams